**Harold OWEN, Plaintiff-Appellant,**

v.

**K-MART CORPORATION,
Defendant-Appellee.**

**No. 17-2165**

United States Court of Appeals,
Fourth Circuit.

Submitted: February 28, 2018

Decided: March 9, 2018

Thomas R. Scott, Jr., STREET LAW FIRM, LLP, Grundy, Virginia, for Appellant. Danielle D. Giroux, George A. Somerville, Kathryn D. Jones, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Owen appeals the district court's order granting summary judgment to K-Mart. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owen v. K-Mart Corp.*, No. 1:16-cv-00024-JPJ-PMS, 2017 WL 3925416 (W.D. Va. Sept. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*